NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: HRB INNOVATIONS, INC.,**
*Appellant*

_____

2023-1903

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/692,314.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT

May 25, 2023
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


**ISSUED AS A MANDATE:** May 25, 2023